1  Jennifer Sun (State Bar No. 238942)
   jennifersun@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:   (949) 851-3939
4  Facsimile:    (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Marcus Bell, | Case No. 3:16-cv-04951-WHO |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| v. | |
| CO-OPERATIVE ADJUSTMENT BUREAU, et al., | |
| Defendants. | The Honorable William H. Orrick |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Marcus Bell's claims against Defendant Experian Information Solutions, Inc. only are dismissed with prejudice.  The Court shall retain jurisdiction to enforce the terms of the settlement.  Plaintiff and Experian Information Solutions, Inc. shall bear his or its own attorneys' fees and costs incurred herein.

Dated:  February 28, 2017

_____
Honorable William H. Orrick
United States District Judge

ORDER ON STIPULATION
FOR DISMISSAL OF EXPERIAN
Case No. 3:16-cv-04951-WHO