# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BELL,<br><br>   Plaintiff,<br><br>   v.<br><br>CO-OPERATIVE ADJUSTMENT BUREAU,<br><br>   Defendant. | Case No. 16-cv-04951-WHO (SK)<br><br>**ORDER RE: FAILURE TO APPEAR AT SETTLEMENT CONFERENCE** |

On March 9, 2017, Plaintiff Marcus Bell failed to appear at a court-ordered mandatory settlement conference before the undersigned in violation of the court orders found at Dockets Numbers 40 and 46. Plaintiff is hereby required to appear *in person* on March 20, 2017 at 1:30 p.m in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco 94102. Defendant the Co-Operative Adjustment Bureau may appear telephonically on March 20, 2017. Defendant shall contact CourtCall to arrange an appearance at 888-882-6878.

Based on the response, this Court will either schedule another settlement conference date or report to Judge Orrick that settlement is not possible and/or refer this matter to Judge Orrick to issue any orders or sanctions required to address Plaintiff's failure to appear on March 9, 2017.

In addition, Plaintiff is required to provide to the Court a valid telephone number. Plaintiff may do so via a letter addressed solely to the following: Hon. Sallie Kim, U.S. District Court, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED**.

Dated: March 9, 2017

_____
SALLIE KIM
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS BELL,

    Plaintiff,

    v.

CO-OPERATIVE ADJUSTMENT BUREAU,

    Defendant.

Case No. 16-cv-04951-WHO   (SK)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcus Bell
138 Calhoun Street
Vallejo, CA 94590

Dated: March 9, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Melinda K. Lozenski, Deputy Clerk to the Honorable SALLIE KIM

2